United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ORHAN ILHAN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-5510 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER OF DISMISSAL**

On the notice of the plaintiffs under Federal Rule of Civil Procedure 41(a)(1), all claims asserted against the defendants in this case are voluntarily dismissed without prejudice. (Docket Entry No. 8). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on October 23, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge